SARAH A. CARLIN, as Administratrix of the Estate of THOMAS F. CARLIN, Deceased, Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant, Impleaded with Another.

*Carlin* v. *N. Y., N. H. & Hartford R. R. Co.*, 135 App. Div. 876, appeal dismissed.

(Submitted January 23, 1911; decided January 27, 1911.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1910, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial and granted a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

The motion was made upon the ground that the appeal had been inadvertently taken.

*Nathaniel S. Corwin* for motion.

*Rufus O. Catlin* opposed.

Motion denied and appeal dismissed, with costs, and ten dollars costs of motion.